# PROOF OF SERVICE

Job # 35544

---

**Client Info:**

Ryan Alexander, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV  89102

---

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>ERIN LEIGH, an Individual,<br> -versus-<br>**DEFENDANT:**<br>STATION CASINOS LLC, a Nevada Limited Liability Company, DOES<br>I through X, inclusive, and ROE CORPORATIONS I through X,<br>inclusive, | United States District Court<br>County of Clark, Nevada<br><br>Issuance Date: 6/18/2025 Court Case #<br>**2:25-cv-01078-CDS-EJY** |

---

**Service Info:**

**Date Received: 6/18/2025** at **10:30 AM**
**Service:** I Served **Station Casinos LLC**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**
by leaving with **Ralph Blackburn, Security**

**At Business RA: STATION CASINOS LLC - 1505 S PAVILION CENTER DR LAS VEGAS, NV 89135**
Latitude: **36.15397**,   Longitude: **-115.331362**

On **6/18/2025** at **02:15 PM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**
to: **Ralph Blackburn**, **Security**  at the address of: **RA: STATION CASINOS LLC - 1505 S PAVILION CENTER DR Las Vegas, NV 89135** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

---

**Served Description:  (Approx)**

Age: **60**, Sex: **Male**, Race: **Black-African American**, Height: **6' 3"**, Weight: **200**, Hair: **Black** Glasses:  **No**

---

I **Alyssa Douberley** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Server: _____   June 18, 2025 _____
**Alyssa Douberley**
Lic # **R-2021-09365**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **35544**


