1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendants
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  ERIN LEIGH, an Individual          )  Case No: 2:25-cv-1078-CDS-EJY
10                                    )
          Plaintiff,                  )  **STIPULATION AND ORDER TO**
11                                    )  **EXTEND TIME TO RESPOND TO**
      vs.                             )  **COMPLAINT**
12                                    )        **(First Request)**
   STATION CASINOS LLC, a Nevada      )
13 Limited Liability Company, DOES I  )
   through X, inclusive, and ROE      )
14 CORPORATIONS I through X,          )
   inclusive,                         )
15                                    )
          Defendants.                 )
16 _____)

17

18     IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19 record that Defendant, Station Casinos LLC, will have up to and including August 11,

20 2025, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the

21 first request for an extension of this deadline.  Further time is needed investigate the

22

23

24

25

26

27

28

- 1 -

FP 56008989.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

1  facts of this case and because of hearings and deadlines in other matters.

| FISHER & PHILLIPS, LLP | RYAN ALEXANDER, CHTD. |
|---|---|
| By: /s/ Scott M. Mahoney | By: /s/ Ryan Alexander, Esq. |
| Scott M. Mahoney, Esq. | Ryan Alexander |
| 300 S. Fourth Street, Suite 1500 | Michael D. Navratil |
| Las Vegas, Nevada 89101 | 3017 West Charleston Blvd., Ste. 10 |
| Attorneys for Defendant | Las Vegas, NV 89102 |
|  | Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 31, 2025

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 56008989.1