UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ERIN LEIGH,

      Plaintiff,

    v.

STATIONS CASINOS LLC,

      Defendant.

Case No. 2:25-cv-1078-CDS-EJY

**ORDER**

Pending before the Court are Ryan Alexander and Noah A. Duran's Motion to Withdraw as Counsel for Plaintiff (ECF No. 18) and Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 20). The Motion to Withdraw was filed on February 17, 2026. ECF No. 18. Defendant filed a Non-Opposition on February 19, 2026 (ECF No. 19). Plaintiff's pending Motion (ECF No. 20) evidences non-opposition to the Motion to Withdraw. With good cause appearing, both Motions are granted.

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 18) is GRANTED. Withdrawing counsel must serve a copy of this Order on Plaintiff by physical mail, and if available, electronic mail, and thereafter must file a Notice of Compliance with the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 20) is GRANTED to the extent it is consistent with the following:

- all discovery deadlines and the due date to respond to any propounded discovery are STAYED for 30 days measured from the date of this Order; that is, through March 25, 2026;
- no new written discovery (including subpoenas) may be served, nor deposition set during the 30 day stay;
- newly retained counsel for Plaintiff, if any, must file a notice of appearance with the Court upon retention;
- the 30 day stay of discovery is automatically lifted upon the expiration of the 30 day period set by the Court; and

1

- the parties may commence ordinary discovery practice without further order of the Court commencing on March 27, 2026.

Dated this 23rd day of February 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2