Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN LEIGH,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-1078-CDS-EJY<br><br>STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES<br><br>(Second Request) |

COME NOW, Plaintiff ERIN LEIGH ("Plaintiff"), named above, by and through her counsel of record, MICHAEL P. BALABAN, ESQ and Defendant STATION CASINOS, LLC ("Defendant"), named above, by and through their counsel of record, SCOTT M. MAHONEY, ESQ. and JUDY R. SANDERIN, ESQ., pursuant to LR IA 6-1 and LR 26-4, herein stipulate, agree and make joint application to extend various deadlines including the deadline to disclose expert and rebuttal experts, the discovery cut-off, the dispositive motions deadline and the pretrial order deadline, for a period of ninety (90) days.

This is the second request for an extension.

This stipulation is made and based upon the following factors.

Plaintiff has hired an expert witness, but the expert witness report was not made available in time to file the expert designation by the expert deadline.

In addition, Plaintiff's counsel has extensive work obligations in other cases including a motion to dismiss he must respond to, a complaint he has to file, four depositions he must take and two sets of written discovery he has to respond to. He also has two upcoming trials he must prepare for. Defendant's counsel also has had, and will continue to have, the usual assortment of briefs (including appellate briefs), hearings, depositions and mediations in other cases, including in a "mass action" that still involves many plaintiffs.

This being the case, extending the deadline to disclose expert and rebuttal experts and the discovery cut-off deadlines for 90 days will give Plaintiff and her counsel sufficient time to get her expert designation filed and will allow sufficient time to conduct the discovery still needed to be completed in the case.

To date the parties, have all made their initial disclosures to the other side and Defendant has propounded interrogatories and requests for production of documents which have been responded to, and Plaintiff intends to propound interrogatories, requests for production and possibly requests for admissions shortly. Numerous medical records have also been subpoenaed, the production of some of which has been delayed through no fault of the parties.

In addition, Defendant took Plaintiff's deposition on August 7, 2026, and Defendant's counsel kept the deposition open pending receiving additional discovery documents from Plaintiff which he might want to question Plaintiff on. Plaintiff intends to take various depositions of past and present employees of Defendant including Susan Moore, Marsha Striano, Paul Gunter, Brianna Matthews and Lynn Cole. Defendant intends to take additional depositions and perhaps propound further written discovery.

Thus, the parties think there is good cause for an extension to the expert and rebuttal expert deadlines, discovery cut-off and related deadlines. Further this request for an extension is not for purposes of delay but rather to provide the parties with sufficient time to get Plaintiff's expert witness disclosed and a allow time for any rebuttal expert by Defendant and finish written

discovery and take the depositions of the individuals set forth above, given their counsels' current caseloads and upcoming obligations.

Given the above, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Expert Deadline | 06/11/26 | 09/09/26 |
| Rebuttal Expert Deadline | 07/13/26 | 10/12/26[1] |
| Discovery Cut-Off Date | 09/10/26 | 12/09/26 |
| Dispositive Motions | 10/12/26 | ~~01/08/26~~ 01/08/27 |
| Pretrial Order | 11/09/26 | ~~02/08/26~~[2][3] 02/08/27 |

In accordance with LR 26-4 the parties understand that any further requests for extensions must be made no later than twenty-one days before the deadlines sought to be extended. The parties and their attorneys have diligently worked to complete discovery and will continue to work to complete the remaining discovery as expediently as possible.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated: August 13, 2026

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney
Scott M. Mahoney, Esq.
Judy R. Sanderlin, Esq.
300 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Defendant*

Dated: August 13, 2026

IT IS SO ORDERED:

Elayna J. Youchah
UNITED STATES DISTRICT JUDGE OR
UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2026

[1] 30 days fall on a Sunday.
[2] 30 days fall on a Sunday.
[3] Or 30 days after the decision on the last dispositive motion.