Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN LEIGH,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-1078-CDS-EJY<br><br>STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES<br><br>(Third Request) |

COME NOW, Plaintiff ERIN LEIGH ("Plaintiff"), named above, by and through her counsel of record, MICHAEL P. BALABAN, ESQ and Defendant STATION CASINOS, LLC ("Defendant"), named above, by and through their counsel of record, SCOTT M. MAHONEY, ESQ., pursuant to LR 26-3, herein stipulate, agree and make joint application to extend the discovery cut-off, the dispositive motions deadline and the pretrial order deadline, for a period of ninety (90) days.

This is the third request for an extension and is timely pursuant to LR 26-3 because it is being made not later than twenty-one days before the existing discovery cut-off date of December

9, 2026.

This stipulation is made and based upon the following factors.

Plaintiff's counsel has extensive work obligations in other cases including a trial in two different matters before Judge Boulware on November 16th through 18th and December 7th through 9th. Defendant's counsel also has had, and will have, other significant work obligations.

This being the case, extending the deadline 90 days will give Plaintiff and her counsel sufficient time and conduct the discovery still needed to be completed in the case including taking depositions and also give Defendant and their counsel sufficient time to conduct any additional discovery they choose.

To date the parties, have all made their initial disclosures to the other side and Defendant has propounded interrogatories and requests for production of documents which have been responded to, and Plaintiff has propound interrogatories, requests for production and requests for admissions which are currently due to be responded to on November 12th.

In addition, Defendant took Plaintiff's deposition on August 7, 2026, and Defendant's counsel has kept the deposition open pending receiving additional discovery documents from Plaintiff. Defendant has also scheduled the deposition of Plaintiff's expert for November 13th. Plaintiff intends to take various depositions of past and present employees of Defendant including Susan Moore, Marsha Striano, Paul Gunter, Brianna Matthews and Lynn Cole.

Thus, the parties think there is good cause for an extension to the discovery cut-off and related deadlines. Further this request for an extension is not for purposes of delay but rather to provide the parties with sufficient time for Plaintiff to finish written discovery and take the depositions of the individuals set forth above and also give Defendant any additional time they need for discovery given their counsels' work obligation in other cases as set for above.

Given the above, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 12/09/26 | 03/09/27 |

| | | |
|---|---|---|
| Dispositive Motions | 01/08/27 | 04/08/27 |
| Pretrial Order | 02/08/27 | 05/10/27[1][2] |

In accordance with LR 26-3 the parties understand that any further requests for extensions must be made no later than twenty-one days before the deadlines sought to be extended. The parties and their attorneys have diligently worked to complete discovery and will continue to work to complete the remaining discovery as expediently as possible.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated: November 6, 2026

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Defendant*

Dated: November 6, 2026

IT IS SO ORDERED; provided, however, no further extensions of discovery will be granted.

UNITED STATES MAGISTRATE JUDGE

Dated: November 9. 2026

[1] 30 days fall on a Sunday.
[2] Or 30 days after the decision on the last dispositive motion.